I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-11-13

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
JAN 11 2013
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY EDWARD COTINOLA,<br><br>          Petitioner,<br><br>vs.<br><br>MARTIN D. BITER, Warden,<br><br>          Respondent. | Case No. EDCV 12-1391-JAK (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

      IT THEREFORE IS ORDERED that (1) petitioner's stay-and-abeyance request is denied; and (2) Judgment be entered dismissing this action without prejudice for failure to exhaust state remedies.

DATED: 1/9/2013

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE