I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-11-13

DEPUTY CLERK

JS-6 / Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN 11 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 11 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY EDWARD COTINOLA,<br><br>             Petitioner,<br><br>     vs.<br><br>MARTIN D. BITER, WARDEN,<br><br>             Respondent. | Case No. EDCV 12-1391-JAK (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to exhaust state remedies.

DATED: 1/9/2013

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE