JS-6/Entered

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JIMMY EDWARD COTINOLA,

        Petitioner,

vs.

MARTIN D. BITER, WARDEN,

        Respondent.

Case No. EDCV 12-1391-JAK (RNB)

**JUDGMENT**

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to exhaust state remedies.

DATED: 1/9/2013

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE